UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 06 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EMILY ROE, Relator; et al.,<br><br>   Plaintiff - Appellant,<br><br> and<br><br>UNITED STATES OF AMERICA and STATE OF CALIFORNIA,<br><br>   Plaintiffs,<br><br>  v.<br><br>STANFORD HEALTH CARE, FKA Stanford Hospitals and Clinics; et al.,<br><br>   Defendants - Appellees,<br><br> and<br><br>LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE, Interested Party,<br><br>   Defendant. | No. 20-55874<br><br>D.C. No. 2:17-cv-08726-DSF-AFM<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

  The judgment of this Court, entered March 15, 2022, takes effect this date.

  This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7